The Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FELIPE HERRERA MENDOZA, ISIDRO HERRERA MENDOZA,<br><br>    Plaintiffs,<br><br>    v.<br><br>ANTONY BLINKEN, United States Secretary of State, *et al.,*<br><br>    Defendants. | No. 2:23-cv-01444-JNW |

## **ORDER**

The parties having stipulated and agreed, the Court orders that this case is dismissed without prejudice and without costs or fees.

DATED this 8th day of January, 2024.

STIPULATION FOR DISMISSAL - 1
2:23-cv-01444

**Global Law Advocates, PLLC**
655 S. Orcas Street, Suite 210
Seattle, WA 98108
(t) 206-774-8758
(f) 206-457-2137

1
2
3    _____
4    Jamal N. Whitehead
     United States District Judge
5
6
7  Presented by:
8
   */s/ Inna Scott*
9  INNA SCOTT, WSBA #46864
   GLOBAL LAW ADVOCATES
   *Attorney for Petitioner*
10
11
12
13
14
15
16
17
18
19
20
21
22 STIPULATION FOR DISMISSAL - 2
   2:23-cv-01444                                      **Global Law Advocates, PLLC**
                                                      655 S. Orcas Street, Suite 210
                                                      Seattle, WA 98108
                                                      (t) 206-774-8758
                                                      (f) 206-457-2137